IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AND/OR ITS SUCCESSORS,**

**Plaintiff,**

**v.**

**CONNIE PRITCHETT; UNKNOWN OWNERS AND NONRECORD CLAIMANTS,**

**Defendant/Counter-Plaintiff,**        No. 07-0885-DRH

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

**Counter-Defendant/Intervener**.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court are the Federal Deposit Insurance Corporation's motion to withdraw motion to stay (Doc. 8) and motion to withdraw memorandum in support of motion to stay (Doc. 9). Said motions are **GRANTED**. The motion to stay (Doc. 6) and the memorandum in support (Doc. 7) are withdrawn. The second motion to stay (Doc. 10) remains pending.

**IT IS SO ORDERED.**

Signed this 8th day of January, 2008.

/s/     *David R Herndon*
**Chief Judge
United States District Court**