IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AND/OR ITS SUCCESSORS,**

**Plaintiff,**

v.

**CONNIE PRITCHETT; UNKNOWN OWNERS AND NONRECORD CLAIMANTS,**

**Defendant/Counter-Plaintiff,** No. 07-0885-DRH

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

Counter-Defendant/Intervener.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On January 8, 2008, the Court entered an Order staying the case for ninety days (Doc. 14). A review of the docket sheet indicates that this case has not progressed, at least not in the Court's electronic system, since the Court entered the Order staying the case. Thus, the Court **ORDERS** the parties to inform the Court in writing the status of this case on or before August 25, 2008.

**IT IS SO ORDERED.**

Signed this 11th day of August, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**