## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AND/OR ITS SUCCESSORS,**

**Plaintiff,**

**v.**

**CONNIE PRITCHETT; UNKNOWN OWNERS AND NONRECORD CLAIMANTS,**

**Defendant/Counter-Plaintiff,**                     **No. 07-0885-DRH**

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

**Counter-Defendant/Intervener**.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Counter-Defendant/Intervener Federal Deposit Insurance Corporation's motion to lift automatic stay (Doc. 20). For the reasons stated in the motion, the Court **GRANTS** the motion. The Court **LIFTS** the stay entered in this case.

**IT IS SO ORDERED.**

Signed this 27th day of August, 2008.

/s/      *David R Herndon*

**Chief Judge**
**United States District Court**