IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AND/OR ITS SUCCESSORS,**

**Plaintiff,**

**v.**

**CONNIE PRITCHETT; UNKNOWN OWNERS AND NONRECORD CLAIMANTS,**

**Defendant/Counter-Plaintiff,**                              No. 07-0885-DRH

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

**Counter-Defendant/Intervener**.

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Counter-Defendant Federal Deposit Insurance Corporation's September 12, 2008 motion to dismiss for lack of subject matter jurisdiction (Doc. 12). Specifically, the FDIC argues that the Court should dismiss without prejudice for lack of jurisdiction Pritchett's counter claim because Pritchett failed to recommence her lawsuit prior to August 9, 2008 as required by 12 U.S.C. § 1821(d)(6)(B). On October 20, 2008, the Court ordered Pritchett to respond to the pending motion to dismiss on or before November 3, 2008 or risk the Court granting the motion to dismiss (Doc. 30). The Court also order Pritchett either to have an attorney enter an appearance or to file a pro se entry of appearance on or before

November 3, 2008 or risk her counter claim being dismissed for failure to prosecute. As of this date, Pritchett neither has responded to the motion to dismiss nor has filed an entry of appearance.[1] Here, the Court considers Pritchett's failure to answer the motion to dismiss as an admission of the merits of the motion. Thus, the Court **GRANTS** the FDIC's motion to dismiss for lack of subject matter jurisdiction (Doc. 23). Thus, the Court **DISMISSES without prejudice** for lack of subject matter jurisdiction Pritchett's counter claim. Further, the Court **ORDERS** Plaintiff Mortgage Electronic Registration System, Inc. to address in writing on or before November 20, 2008 whether the Court has subject matter jurisdiction over its complaint to foreclose mortgage against Pritchett; Unknown Owners and Nonrecord Claimaints.

**IT IS SO ORDERED.**

Signed this 6th day of November, 2008.

/s/       David R Herndon

**Chief Judge**
**United States District Court**

---

[1] **Local Rule 7.1(c)** provides in part: "Failure to timely file an answering brief to a motion may, in the court's discretion, be considered an admission of the merits of the motion."