# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AND/OR ITS SUCCESSORS,**

**Plaintiff,**

v.

**CONNIE PRITCHETT, UNKNOWN OWNERS and NONRECORD CLAIMANTS,**

**Defendant/Counter-Plaintiff,**            No. 07-0885-DRH

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION,**

**Counter-Defendant/Intervener.**

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

On September 14, 2004, Plaintiff Mortgage Electric Registration Systems, Inc. and/or its successors, filed a complaint against Connie Pritchett, unknown owners and nonrecord claimants to foreclose mortgage in the St. Clair County, Illinois Circuit Court. On December 21, 2007, Counter-Defendant/Intervenor Federal Deposit of Insurance Corporation, as a duly appointed Receiver, removed the case to this judicial district based on federal question jurisdiction, namely, 12 U.S.C. § 1819(b)(2)(B) (Doc. 3). On November 6, 2008, the Court dismissed without prejudice for lack of jurisdiction Pritchett's counter claim against the Federal Deposit of Insurance Corporation and ordered Plaintiff to brief

the issue of whether the Court has subject matter jurisdiction over Plaintiff's complaint (Doc. 31). Plaintiff filed its response on November 14, 2008 (Doc. 33).

Based on the record before the Court, the Court finds that it no longer has original jurisdiction in this case because the only claim that remains is Plaintiff's complaint to foreclose mortgage which is based entirely upon state law. While the Court may still exercise supplemental jurisdiction over the state law claim, there is no reason to do so here. The Seventh Circuit observed that when "the federal claim drops out before trial and only the supplemental jurisdiction provides any basis for decision, then remand is presumptively appropriate." **Cadleway Properties, Inc. v. Ossian State Bank, 478 F.3d 767, 769-70 (7th Cir. 2007)**. Accordingly, the Court *sua sponte* **REMANDS** this matter to the St. Clair County, Illinois Circuit Court.

**IT IS SO ORDERED.**

Signed this 19th day of November, 2008.

/s/     *DavidRHerndon*
**Chief Judge**
**United States District Court**